James H. Kidder and Others v. Raphael R. Govin and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The Webster Apartments, a Corporation, v. The City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Margaret Von Maltzahn v. Cynthia Burden and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Margaret Mulligan v. Siegfried Laskau and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the State of New York, by Jesse S. Phillips, as Superintendent of Insurance (Casualty Company of America).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The City of New York v. Delaware, Lackawanna and Western Railroad Company and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Nathaniel H. Hertsberger v. Walter J. Salmon.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

New York Overseas Co., Inc., v. China, Japan and South America Trading Company, Ltd.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of The City of New York, etc., Opening of Cruger Avenue from Pelham Parkway to Boston Road, Bronx.— Motion granted. Settle order containing questions to be certified on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Martha M. Rodgers, as Sole Surviving Executor, etc., v. Helen M. Rodgers, as Administratrix, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Benjamin B. Odell, as Sole Receiver, etc., v. The City of New York.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Benjamin B. Odell, as Sole Receiver, etc., v. The City of New York.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Harold R. Spencer v. Standard Chemicals and Metals Corporation.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

R. E. Wathen & Co., Inc., v. Exporters Warehouse Co., Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacques Kirsch v. Indemnity Insurance Company of North America.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Alfred Miesto v. Commercial Union Assurance Company, Ltd., of London, England.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.